UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY CHARLES BARNES, | ) | Case No. EDCV 05-1092 ODW(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| C.M. HARRISON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 20, 2011

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE